**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

FRANK LEE FRANKLIN                                                                                      PLAINTIFF
ADC #087441

V.                                               2:14CV00130 JWC

EARLINE SPARKS, *et al*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against Defendant Rory Griffin, and with prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE